By: Andre R. Desir, Esquire
NDNY BAR ID: 703735
7373 Ridge Ave, 330
Philadelphia, Pa 19128
917-717-0157
AndreDesir@gmail.com

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF NEW YORK**
**UTICA DIVISION**

| | |
|---|---|
| JEAN MICHEL LETENNIER, SR, <br><br> Debtor. | Chapter 13 <br> Case No. 22-60391 <br> Judge Diane Davis |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

May it please the court, Andre Richard Desir, Esquire, does kindly notify the Court, Creditors, and all parties of interest, that counsel does so enter appearance as counsel of record for Debtor, Jean Michel LeTennier, Sr., and request that all papers and filings required to be served or delivered in the instant bankruptcy be additionally sent to the address below.

Dated: July 19, 2022

                Respectfully,

                /s/ ANDRE DESIR
                Andre R. Desir, Esq
                7373 ridge Ave, #330
                Philadelphia PA 19128
                917-717-0157
                AndreDesir@gmail.com